CHARLES J. CANNAN, Respondent, v. ALBERT M. BAIER, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment awards damages for loss of services for plaintiff's daughter, injured in an automobile collision.) (See *Cannan v. Baier*, *ante*, p. 889.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. HYMAN GOLDMAN and Others, Defendants, Impleaded with HIRAM OLSAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: It is to be noted that no motion or request was made by the movant for the calling of the witnesses and that the affidavit and verified certificate presented by the movant merely state a minimum limit of value presumably at a time when according to several affidavits presented by the respondent there was no market value. The movant's papers do not show that there was a market at the time of the sale. All concur, except Edgcomb, J., who dissents and votes for reversal on the authority of *New York Life Insurance Co. v. Guttag Corp.* (265 N. Y. 292). (The order denies leave to enter a deficiency judgment in a mortgage foreclosure action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOHN PAOLOZZI, Appellant, v. MARYLAND INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to recover under a fire insurance policy.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Petition of MARGARET A. ATHERTON, Respondent, for the Determination of the Amount of Damages Sustained by Her by Reason of a Change of Grade in Main Street in the VILLAGE OF ALLEGANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, objections sustained and proceeding dismissed, with costs on the authority of *Askey & Hager, Inc.*, v. *State of New York* (266 N. Y. 587, affg. 240 App. Div. 451). All concur. (The order, as amended, overruled objections to appointment of commissioners.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Petition of ADELAIDE S. REITZ, Respondent, for the Determination of the Amount of Damages Sustained by Her by Reason of a Change of Grade in Main Street in the VILLAGE OF ALLEGANY, Appellant.— Same decision and like cause of action as in companion case (*Matter of Atherton*, *ante*, p. 890). Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.